Hayes v. COUNTY OF NASSAU, et al.
15-CV-0398 (JFB)(SIL)

# PRIVILEGE LOG

| BATES # | DATE | DOC TYPE | SUBJECT | PRIVILEGE ASSERTED |
|---|---|---|---|---|
| NCP000001 – NCP000004 | 9/22/04 | Civilian Complaint | Civilian Complaint against Carl Arena and unnamed officer | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000005 – NCP000008 | 9/26/06 | Civilian Complaint | Civilian Complaint against Carl Arena | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000009 – NCP000021 | 11/08/07 | Civilian Complaint | Civilian Complaint against Carl Arena and other unnamed officers | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000022 – NCP000026 | 11/17/07 | Civilian Complaint | Civilian Complaint against Carl Arena and unnamed officer | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present |

| | | | | |
|---|---|---|---|---|
| | | | | litigation, non-party to present litigation, not relevant. |
| NCP000027 – NCP000068 | 12/28/13 | Civilian Complaint and IAU | Civilian Complaint & IAU against Carl Arena & Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000069 – NCP000070 | 01/07/04 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000071- NCP000074 | 07/18/04 | Civilian Complaint | Civilian Complaint against Peter Ellison and unnamed officer | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000075- NCP000076 | 08/09/04 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000077 – NCP000079 | 11/16/04 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom |

| | | | | |
|---|---|---|---|---|
| | | | | of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000080 – NCP000083 | 01/06/05 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000084 – NCP000089 | 04/14/05 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000090 – NCP000091 | 05/04/05 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP00092 – NCP000464 | 05/13/05 | Civilian Complaint & IAU | Civilian Complaint & IAU against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |

| | | | | |
|---|---|---|---|---|
| NCP0000465 – NCP0000469 | 07/09/05 | Civilian Complaint | Civilian Complaint against Peter Ellison & unnamed officer | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP0000470 – NCP000472 | 11/03/05 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000473 – NCP000475 | 05/10/06 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000476 – NCP000487 | 07/11/06 | Civilian Complaint | Civilian Complaint against Peter Ellison and unnamed officer | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000488 – NCP000489 | 03/09/07 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, |

| | | | | |
|---|---|---|---|---|
| | | | | privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000490 – NCP000491 | 07/13/07 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000492 – NCP000505 | 07/25/07 | Civilian Complaint | Civilian Complaint against Peter Ellison & unnamed officers | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000506 – NCP000556 | 11/14/08 | Civilian Complaint & IAU | Civilian Complaint against Peter Ellison & IAU | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000557 – NCP000608 | 05/18/10 | Civilian Complaint & IAU | Civilian Complaint against Peter Ellison & IAU | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000609 – NCP000610 | 10/01/12 | Civilian Complaint | Civilian Complaint against Peter | Law enforcement privilege, NY Civil Rights Law, Article 5, |

| | | | | |
|---|---|---|---|---|
| | | | Ellison | Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000611 – NCP000820 | 10/01/12 & 4/21/14 | Civilian Complaint & IAU | Civilian Complaint & IAU against Peter Ellison & Carl Arena | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000821 – NCP000862 | 12/28/13 | Civilian Complaint & IAU | Civilian Complaint & IAU against Peter Ellison & Carl Arena | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP000863 – NCP001035 | 01/21/14 | Internal Investigation Summary, Civilian Complaint & IAU | Civilian Complaint & IAU against Peter Ellison & Carl Arena | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP001036 – NCP001039 | 04/21/14 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present |

| | | | | |
|---|---|---|---|---|
| | | | | litigation, non-party to present litigation, not relevant. |
| NCP001040 – NCP001041 | 01/09/15 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |
| NCP001042 | 06/22/15 | Civilian Complaint | Civilian Complaint against Peter Ellison | Law enforcement privilege, NY Civil Rights Law, Article 5, Right to Privacy § 50-a, Public Officers Law, Article 6 Freedom of Information Law § 87, deliberate process, work product, privilege and confidential, beyond the scope of the present litigation, non-party to present litigation, not relevant. |