# WILLIAM P. NOLAN, ESQ.

1103 STEWART AVENUE, SUITE 200
GARDEN CITY, NEW YORK 11530

TEL: (516) 280-6633
FAX: (516) 977-1977

wpnesq@gmail.com

OF COUNSEL
WILLIAM S. PETRILLO, P.C.

Via ECF

Magistrate Judge Locke
100 Federal Plaza
Central Islip, NY. 11722-9014

October 5, 2016

Re: Hayes v. County of Nassau, et al
15-CV-0398 (JFB) (SIL)

Dear Judge Locke:

Please be advised that I represent the plaintiff Bobby Hayes with regard to this matter.

I wish to inform the Court that the parties have resolved the issues discussed at the June 20, 2016 status conference and a motion to compel is no longer required. I have spoken to defense counsel Richard Femia and we are both available on October 31, 2016, November 1, 2016 or November 18, 2016 or a date that is convenient with the Court to hold a status conference.

Thank you for your time and consideration.

Very truly yours,

WILLIAM P. NOLAN, ESQ.

BY. _____
William P. Nolan (WPN6977)