| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 12/28/17<br>TIME: 11:00 am |

CASE:  **CV 15-0398 (JFB) Hayes v. County of Nassau et al**

TYPE OF CONFERENCE:   MOTION            FTR: 11:16-11:52

APPEARANCES:
   For Plaintiff:   William Nolan (w/ Bobby Hayes)

   For Defendant: Richard Femia (via telephone)

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Status conference and motion hearing held on 12/28/2017. Docket entry [34] has been granted for the reasons set forth on the record.  An amended scheduling order has been entered.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   9/13/18 at 11:00 am           : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                    SO ORDERED

                    /s/Steven I. Locke
                    STEVEN I. LOCKE
                    United States Magistrate Judge