

Richard Femia | Attorney
Direct 516.281.9826 | rfemia@goldbergsegalla.com

May 1, 2018

*Via ECF*
Hon. Steven I. Locke
United States Magistrate Judge
United States District Court, Eastern District
100 Federal Plaza
Central Islip, New York 11722

   **Re:** **Hayes v. Nassau County, et al.**
      **15-CV-0398(JFB)(SIL)**

Dear Magistrate Locke:

  Goldberg, Segalla, LLP, Special Counsel to Nassau County, represents Defendants County of Nassau, Nassau County Police Department, Nassau County Police Officer Carl Arena, Nassau County Police Officer Peter J. Ellison, and Nassau County Police Lieutenant Vincent G. Bodgen, (hereinafter referred to as "County Defendants"), in connection with the above-reference matter. This letter is written in response to this Court's Order dated, dated December 28, 2017 (DE #36).

  As the Court is aware, since December 28, 2017, plaintiff has been prosecuting this matter *Pro Se*. During the last conference, plaintiff provided the Court and County defendants with his contact information. The parties were to engage in discovery, which was to be complete as of yesterday. Unfortunately, County Defendants' numerous attempts in contacting plaintiff have been unsuccessful and discovery has not progressed.

  County Defendants respectfully request that the Court set the matter for status conference and to enter into a new discovery schedule. In the alternative, County Defendants request permission to move to dismiss the matter for plaintiff's failure to prosecute the matter.

  Thanking the Court for its consideration, I remain

                 Respectfully,
                 _____/s/_____
                 Richard J. Femia
                 Attorney for County Defendants

*Cc:* Bobby Hayes, Plaintiff *Pro Se*
   86-39, 208th Street, Apartment 2d
   Queens Village, New York 11427
   (917) 283-8756
   *Via Certified mail*

200 Garden City Plaza, Suite 520 | Garden City, NY 11530-3203 | 516.281.9800 | Fax 516.281.9801 | **www.GoldbergSegalla.com**
NEW YORK | ILLINOIS | FLORIDA | MARYLAND | MISSOURI | NORTH CAROLINA | PENNSYLVANIA | NEW JERSEY | CONNECTICUT | UNITED KINGDOM
8866734.v1