

Richard Femia | Attorney
Direct 516.281.9826 | rfemia@goldbergsegalla.com

May 31, 2018

*Via ECF*
Hon. Steven I. Locke
United States Magistrate Judge
United States District Court, Eastern District
100 Federal Plaza
Central Islip, New York 11722

    **Re:**     <u>**Hayes v. Nassau County, et al.**</u>
                  **15-CV-0398(JFB)(SIL)**

Dear Magistrate Locke:

    Goldberg, Segalla, LLP, Special Counsel to Nassau County, represents Defendants County of Nassau, Nassau County Police Department, Nassau County Police Officer Carl Arena, Nassau County Police Officer Peter J. Ellison, and Nassau County Police Lieutenant Vincent G. Bodgen, (hereinafter referred to as "County Defendants"), in connection with the above-reference matter. This letter is written in response to this Court's Order dated, dated May 2, 2018.

    As the Court knows, County Defendants May 1, 2018 application to the court was sent to plaintiff via certified mail. Just recently, County Defendants received the return receipt which indicated that plaintiff does not reside at the address provided. (Attached hereto). Furthermore, the undersigned has a conflict for the May 7, 2018 conference and requests an adjournment to the following week, or a date more convenient to the Court.

    Thanking the Court for its consideration, I remain

                                                  Respectfully,
                                                  _____/s/_____
                                                  Richard J. Femia
                                                  Attorney for County Defendants

*Cc:*     Bobby Hayes, Plaintiff *Pro Se*
        86-39, 208th Street, Apartment 2d
        Queens Village, New York 11427
        (917) 283-8756
        *Via Certified mail*

200 Garden City Plaza, Suite 520 | Garden City, NY 11530-3203 | 516.281.9800 | Fax 516.281.9801 | **www.GoldbergSegalla.com**
NEW YORK | ILLINOIS | FLORIDA | MARYLAND | MISSOURI | NORTH CAROLINA | PENNSYLVANIA | NEW JERSEY | CONNECTICUT | UNITED KINGDOM
9095323.v1