| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 6/7/18 |
| --- | --- |
| U.S. MAGISTRATE JUDGE | TIME: 10:30 am |

CASE: **CV 15-0398(JFB) Hayes v. County of Nassau et al**

TYPE OF CONFERENCE: STATUS/MOTION         FTR: 10:58-11:12

APPEARANCES:
   For Plaintiff:   Bobby Hayes (pro se)

   For Defendant:  Michael Barresi

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other:  Status conference held.
Officer Ellison's deposition will be continued on September 14, 2018.
Officer Arena's deposition will be taken on September 21, 2018
Lt. Boden's deposition will be taken on September 28, 2018.
Plaintiff will file one or more subpoenas for the Court to So Order for James Johnson's and Ismail Rodriguez's (and any other) depositions on or before July 13, 2018.
Plaintiff will obtain a court reporter and a location for all depositions and provide that information to defense counsel.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   10/4/18 at 10:30 am           : Status conference

                                           SO ORDERED

                                           /s/Steven I. Locke
                                           STEVEN I. LOCKE
                                           United States Magistrate Judge