

# COUNTY OF NASSAU
## DISTRICT ATTORNEY'S OFFICE
### Inter-Departmental Memo

To: ■■■

From: ■■■

Date: ■■■

Subject: Dismissal Memo – ■■■

**SUMMARY OF FACTS:** ■■■

**CHARGES:** ■■■

**DEFENDANT'S RECORD:** ■■■

**REASONS FOR DISMISSAL:** ■■■

# DISTRICT COURT STATUS SHEET

**PLEA OFFER:**

**DEFT:**
**CASE INFORMATION**

**TO DO TODAY:**

**BENCH CONFERENCE NOTES:**

■■■■■■■■■■   ■■■■■■   ■■■■■■■■   ■■■■■■■■■
DEFENDANT          Age      Docket#         A.D.A.
Co-Defendant(s): ■■■■■■■
   Charges                  Offer (date)

■■■■■■■■■■■■■■■■■■■■■

| Conditions |
| --- |
| Waiver of Appeal ____ |
| POP ____ |
| Restit. ____ |
| Forf. ____ |
| Other ____ |

Sent. Range _____          Sent. Range _____

| CRIMINAL HISTORY - None ____ |
| --- |
| PFO ____ PVFO ____ INS. ____ |
| Elig.Pers. _____ Pers.Violent ____ |
| PRIORS:(charge/conv./sent.&date) |

OFFER SOUGHT BY DEF. _____
COMMITMENT/ JUDGE _____
Relationship Def-CW _____
DOI/FACTS: ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

LIKELY DEFENSE: _____

     STATEMENTS                  ID.        EVIDENCE SEIZED
  Written ____ Oral ____      showup ____

Sum and Subs ____

| EXHIBITS |
| --- |
| Photos ____ |
| Tapes ____ |
| Maps ____ |
| Meds ____ |
| 911 ____ |
| Other ____ |

DWI:       BAC ____    refusal ____
DRUGS:     SIB ____    weight ____
ASSAULTS:  Injury ____
ROB/BURG/LARC: loss ____    injury ____
CPW:       type ____
Sex Offense:  rape kit ____   beddin ____
OTHER: ____

                                            prints ____
                                            defaced ____

SUPERVISORS NOTES: _____

GRAND JURY APPROVAL: _____                Nassau County000068
                                                 DA-539. 3/00

Conference and Evaluation (sign and date all entries)

DEFENDANT (S) _____   DKT. NO. _____

File Evaluation - Plea Offer

(List charges - offer (s))

_____

_____

_____

_____

_____

_____

Bureau Chief/Supervisor Review

_____

_____

_____

_____

_____

_____

_____

Conference and Evaluation (sign and date all entries)

Nassen County000904

Conference and Evaluation (sign and date all entries)

[large redacted block]

Indicate any other bureau interested or notified regarding this case (specify names, dates and comments):