| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: STEVEN I. LOCKE  DATE: 7/16/19
    U.S. MAGISTRATE JUDGE  TIME: 10:00 am

CASE: **CV 15-0398 (JFB) Hayes v. County of Nassau et al**

TYPE OF CONFERENCE: STATUS  FTR: 12:04-12:34

APPEARANCES:
    For Plaintiff: Brett Klein

    For Defendant: Richard Femia

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Status conference and motion hearing held. The non—party motion to quash, DE [48], is denied without prejudice for the reasons set forth on the record. The DA's office will produce a privilege log of withheld documents on or before July 30, 2019. The parties will meet and confer on or before August 12, 2019 about the contents of the log and any related discovery issues. The DA's office will serve a full-blown motion to quash on or before September 13, 2019, specifying exactly what document(s) and deposition topic(s) it claims are privileged, and is advised to mind the requirements referred to in Conte v. County of Nassau, 06-4746 (JFB) (ETB), 2009 WL 1362784 (E.D.N.Y. May 15, 2009). Opposition will be served on October 11, 2019. Reply papers will be served on October 25, 2019 and Defendants will file all motion papers on October 25, 2019 pursuant to the Court's bundle rule.

                                SO ORDERED

                                /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge