| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 11/20/19 |
| --- | --- |
| U.S. MAGISTRATE JUDGE | TIME: 2:00 pm |

CASE: **CV 15-0398(RRM) Hayes v. County of Nassau et al**

TYPE OF CONFERENCE: SETTLEMENT          FTR: 1:58-1:59; 3:46-3:52

APPEARANCES:
    For Plaintiff:  Brett Klein

    For Defendant: Richard Femia

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Settlement conference held. The case has been marked settled.


                                          SO ORDERED

                                          /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge