**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

July 12, 2022

**BY ECF**

The Honorable Lee G. Dunst
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Bobby Hayes v. County of Nassau, et al.*, 15 CV 398 (RRM)(LGD)

Dear Magistrate Judge Locke:

    I represent the plaintiff in the above-referenced civil rights action. The parties respectfully submit this joint status report per the Court's Order dated June 22, 2022, to confirm that the 2019 settlement agreement has been finalized. The parties thus consent to the case being closed on the docket.

    Thank you for your consideration.

                                                    Respectfully,

                                                    *Brett Klein*

                                                    Brett H. Klein

cc:    Liora Ben-Sorek (by ECF)